**UNITED STATES COURT OF APPEALS**

FOR THE NINTH CIRCUIT

FILED

OCT 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>KIM H. PETERSON, individually, and as Trustee of the Peterson Family Trust dated April 14, 1992, and as Trustee of the Peterson Family Trust dated September 29, 1983; et al.,<br><br>        Appellants,<br><br> v.<br><br>CHICAGO TITLE COMPANY; CHICAGO TITLE INSURANCE COMPANY,<br><br>        Defendants-Appellees,<br><br>NOSSAMAN LLP; MARCO COSTALES,<br><br>        Real-party-in-interest-Appellees,<br><br>-------------------------------<br><br>KRISTA FREITAG, Receiver for ANI Development, LLC, American National Investments, Inc., and their subsidiaries and affiliates,<br><br>        Receiver-Appellee. | No. 22-56206<br><br>D.C. No. 3:19-cv-01628-LAB-AHG<br>Southern District of California,<br>San Diego<br><br>ORDER |

OSA114

Before: W. FLETCHER and BENNETT, Circuit Judges.

The motion to stay proceedings in this appeal (Docket Entry No. 34) is denied.

Appellees Nossaman LLP and Marco Costales have notified the court that they do not intend to file an answering brief. The motion by appellees Nossaman LLP and Marco Costales for an extension of time to file the answering brief (Docket Entry No. 38) is therefore moot.

Principal briefing is completed. The optional reply brief remains due November 30, 2023.